IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bridges, Mathhew | Case Number: 07 B 06318 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 12/13/07 | Filed: 4/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 31, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | New Century Mortgage | Secured | 0.00 | 0.00 |
| 2. | Real Time Resolutions | Secured | 34,898.90 | 0.00 |
| 3. | Real Time Resolutions | Secured | 6,038.66 | 0.00 |
| 4. | New Century Mortgage | Secured | 12,744.10 | 0.00 |
| 5. | Internal Revenue Service | Priority | 3,285.20 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 175.00 | 0.00 |
| 7. | Capital One | Unsecured | 75.44 | 0.00 |
| 8. | Village Of Matteson | Unsecured | 158.05 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 127.93 | 0.00 |
| 10. | US Employees Credit Union | Unsecured | 1,637.68 | 0.00 |
| 11. | National Recovery, Inc | Unsecured | 12.39 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 337.90 | 0.00 |
| 13. | Nicor Gas | Unsecured | 1,313.05 | 0.00 |
| 14. | Americash Loans | Unsecured | 1,098.20 | 0.00 |
| 15. | Collect A Check | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | Condor Capital Corp | Unsecured | | No Claim Filed |
| 18. | Dish Network | Unsecured | | No Claim Filed |
| 19. | NCI | Unsecured | | No Claim Filed |
| 20. | Armor System Corporation | Unsecured | | No Claim Filed |
| 21. | NCI | Unsecured | | No Claim Filed |
| 22. | RMI/MCSI | Unsecured | | No Claim Filed |
| 23. | RMI/MCSI | Unsecured | | No Claim Filed |
| 24. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Bridges, Matthew

Printed: 12/13/07

Case Number: 07 B 06318
Judge: Squires, John H
Filed: 4/9/07

$ 61,902.50         $ 0.00

TRUSTEE FEE DETAIL

Fee Rate         Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____